# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA HERNANDEZ-MUNOZ,<br><br>Defendant. | No. CR11-00068<br><br>ORDER FOR DETENTION |

On the 31st day of March, 2011, this matter came on for a detention hearing. The government was represented by Special Assistant United States Attorney Anthony Russell Morfitt. Defendant Patricia Hernandez-Munoz appeared personally and was represented by her attorney, John Jay Rausch.

Defendant is currently subject to an immigration detainer placed on her by Homeland Security. Because of the immigration detainer, the Court finds that Defendant should be detained pending trial. If Defendant's immigration detention status changes, however, then she may request a new detention hearing before this Court.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

3. On order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is

confined shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

4. The time from the Government's oral motion to detain (March 29, 2011) to the filing of this Ruling (March 31, 2011) shall be excluded in computing the time within which the trial must commence pursuant to the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

DATED this 31st day of March, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA